1   ERIK G. BABCOCK, Bar No. 172517
LAW OFFICES OF ERIK BABCOCK
2   1212 Broadway, Suite 726
Oakland, CA 94612-3423
3   (510) 452-8400 Tel
(510) 452-8405 Fax
4

Attorneys for the Defendant
5

6

7

8

9             IN THE UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,         No. CR 09-0825 WHA

13        Plaintiff,          **STIPULATION AND [PROPOSED]**
**ORDER CONTINUING SENTENCING**
14   v.

15   JOSE BAIRON VARGAS MOLINA,

16        Defendant.            /

17      This matter is set for sentencing on January 27, 2010.  Counsel for defendant, Erik Babcock,

18   was sent out to trial in state court and is now unavailable that day.  His trial is expected to be finished

19   in early February.    Therefore, IT IS HEREBY STIPULATED between the parties, with the

20   concurrence of the US Probation Office, that the sentencing hearing currently scheduled for January

21   27, 2010 at 2:00 p.m. may be vacated and continued to February 9, 2010, at 2:00 p.m.

22        **SO STIPULATED**.

23   Dated: January 20, 2010         /S/Brian Lewis
                      Assistant United States Attorney

24

25   Dated: January 20, 2010         /S/Erik Babcock
                      Attorney for Defendant

26        **SO ORDERED**.

27   DATED:   January 21, 2010.

28                   HONORABLE WI...
                   United States Dist...

*IT IS SO ORDERED*
*Judge William Alsup*